# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>THE GREENLEAF BUILDING CONDOMINIUM ASSOCIATION, INC.,<br><br>Debtor. | Case No.: 3-10-bk-9173<br><br>Chapter 11 |

## CASE MANAGEMENT SUMMARY

The Greenleaf Building Condominium Association, Inc., Debtor, through its proposed attorneys, respectfully submits the following Case Management Summary.

1. Description of the debtor's business.

The debtor is a condominium association, organized and operating under Fla. Stat. 718, et seq., for the purpose of maintaining and managing The Greenleaf Building located at 208 N. Laura Street, Jacksonville, FL 32202.

2. Location of the debtor's operations and whether leased or owned.

The debtor's operations are located at 208 N. Laura Street, Jacksonville, FL 32202, The Debtor does not own the property.

3. Reasons for filing Chapter 11.

The debtor has suffered from the downturn in the economy and a corresponding ability to collect fees from condominium owners.

4. List of officers, directors and insiders (including relatives of insiders), if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing.

The Directors of the Association are Jeffrey McFadden, Linda Kassof and Allen Peacock. The members of the debtor Association are (a) Club Deal 108 Jax North Florida Venture, Ltd., and (b) 208 North Laura, LLC, who are the record owners of the condominium units comprising The Greenleaf Building.

5. Debtor's annual gross revenues.

$14,000.00

6. <u>Amounts owed to various classes of creditors</u>.

   a. <u>Obligations owed to priority creditors such as governmental creditors for taxes</u>.

   None

   b. <u>Identity, collateral, and amounts owed to secured creditors</u>.

| **Identity** | **Collateral** | **Amount Owed** |
|---|---|---|
| Unclear at this time | | |

   c. <u>Amount of unsecured claims</u>.

   Unsecured claims are estimated at $850,000.00.

7. <u>General description and approximate value of the debtor's current and fixed assets</u>.

| **Description** | **Value** |
|---|---|
| Bank Account | $8,883.11 |
| Miscellaneous furniture and equipment | $1,500.00 |

8. <u>Number of employees and amounts of wages owed as of petition date</u>.

Zero.

9. <u>Status of the debtor's payroll and sales tax obligation, if application; and</u>

Current.

10. <u>Anticipated emergency relief to be requested within 14 days from the petition date</u>.

None, except that Debtor may file a Motion for Court Approval of Proposed Adequate Assurance of Payment Regarding Utilities under 11 U.S.C. Section 366, which the Debtor will request be heard within twenty days of filing.

11. <u>Other provisions</u>.

None.

October 21, 2010                                         BRENNAN MANNA & DIAMOND, P.L.

/s/ ***Robert Wilcox***
Robert D. Wilcox (Fla. Bar No. 0755168)
Brian N. Krulick (Fla. Bar No. 0026339)
800 West Monroe Street
Jacksonville, FL 32202
Telephone: (904) 366-1500
Facsimile (904) 366-1501
rdwilcox@bmdpl.com
bnkrulick@bmdpl.com

PROPOSED COUNSEL FOR THE DEBTOR